

## Temporary/Contract Labor Guidelines for Americold Massillon

o   At no time should temporary/contract labor operate a forklift (Powered Industrial Truck)

o   Start time for temporary/contract labor will be separate from all Union personnel.

o   Break and lunch periods will be established separately from the Union.

o   Temporary/contract labor will not be issued a locker for personal use.

o   Temporary/contract labor will not make use of the time clock for any purpose.

**PETITIONER'S EXHIBIT 1R (original Company 6)**

Americold - CL 0080